69 A.3d 235

**SOUTHERN PINES TRUCKING, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

June 18, 2013.

## ORDER

**AND NOW**, this 18th day of June, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**